UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**SCOTT PHILLIP LEWIS,**
      **Plaintiff,**

vs.                                                                                                        8:24-CV-121
                                                                                                                           (MAD/DJS)

**PAYMASTER PAYROLL SYSTEMS, INC.,** *et al.*,
      **Defendants.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Magistrate Judge Stewart's Report-Recommendation and Order (Dkt. No. 7) is **ADOPTED** in its entirety for the reasons set forth herein; and the Court further **ORDERS** that Plaintiff's complaint (Dkt. No. 1) is **DISMISSED without prejudice**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendants' favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 9th day of April, 2024.
DATED: April 9, 2024

*[signature]*
Clerk of Court

                                                          s/Britney Norton
                                                          Britney Norton
                                                          Deputy Clerk